**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-7715**

JAMIE L. WALKER,

                    Plaintiff - Appellant,

          v.

T. SIMMONS, CEO Jail Officer Staff; OFFICER HUBBARD, Sargent
of Deputys,

                    Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.   Mark S. Davis, District
Judge.  (2:11-cv-00535-MSD-TEM)

Submitted:  February 23, 2012      Decided:  February 28, 2012

Before MOTZ, DAVIS, and DIAZ, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Jamie L. Walker, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jamie L. Walker appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915A(b) (2006). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. Walker v. Simmons, No. 2:11-cv-00535-MSD-TEM (E.D. Va. Nov. 21, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2